**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALLEN REDWINE, | No. C-11-4233 TEH (PR) |
|     Petitioner, | |
|       v. | ORDER OF TRANSFER |
| R. GROUNDS, Warden, | |
|     Respondent. | |
| _____/ | Doc. #6 |

        Petitioner, a state prisoner incarcerated at Correctional Training Facility-North in Soledad, California, has filed a <u>pro se</u> Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Butte County Superior Court.  Doc. #1.  Respondent has filed a motion to transfer venue to the district of conviction.  Doc. #6.  For the reasons that follow, Respondent's petition is GRANTED.

        Venue is proper in a habeas action in either the district of conviction or the district of confinement.  28 U.S.C. § 2241(d).  However, the district of confinement is the preferable forum to review the execution of a sentence, including parole.  <u>See</u> Habeas

1  L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989); 2  <u>cf.</u> <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district 3  of conviction preferable forum to review conviction).  Because the 4  Butte County lies in the Eastern District of California (<u>see</u> 28 5  U.S.C. § 84(b)), the Court orders that pursuant to 28 U.S.C. 6  § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of 7  justice, this petition be transferred to the United States District 8  Court for the Eastern District of California.

9      The Clerk shall transfer this matter, terminate all 10 pending motions as moot and close the file.

11      IT IS SO ORDERED.

13 DATED     *04/04/2012*                    _____
                                              THELTON E. HENDERSON
14                                            United States District Judge

18 G:\PRO-SE\TEH\HC.11\Redwine-11-4233-transfer.wpd

**United States District Court**
For the Northern District of California

**2**